**BRANDON P. KEMBLE**
Assistant City Attorney
Nevada Bar No. 11175
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1200 Telephone
(702) 267-1201 Facsimile
Brandon.Kemble@cityofhenderson.com

*Attorneys for Defendant*
*City of Henderson*

CITY ATTORNEY'S OFFICE
CITY OF HENDERSON
240 S. WATER STREET MSC 144
HENDERSON, NV 89015

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR CHAVEZ, an individual,<br><br>Plaintiff,<br>v.<br><br>CITY OF HENDERSON, a Political Subdivision of the State of Nevada; ERNESTO TREJO, an individual; and DOES I-XX,<br><br>Defendants. | CASE NO.: 2:26-cv-00712-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME**<br><br>[ECF No. 22] |

Plaintiff VICTOR CHAVEZ ("Plaintiff") and Defendants CITY OF HENDERSON and ERNESTO TREJO ("Defendants") stipulate that the response date for Defendants' Reply in Support of their Motion for Summary Judgment (ECF 18) shall be extended from November 17, 2026, to December 3, 2026. Plaintiff's Response to Motion for Summary Judgment (ECF 20) was timely filed on November 3, 2026. Defendants' attorney is currently set to begin trial on November 17, 2026, in USDC Case No. 2:22-CV-00956-JAD-EJY, and the week following trial is a holiday week during which Defendants' counsel intended to take a vacation. Trial preparation, trial, the pending

holiday, Plaintiff's counsel's exemplary professional courtesy substantiate good cause for the extension.

This request is made in good faith and not for the purpose of delay. Because the reply is likely the final paper to be filed relating to Defendants' motion and the extension will likely not affect the timing for a decision on the motion, there will be no prejudice to the parties and no party will be prejudiced by the requested extension. No trial date has been set.

IT IS SO STIPULATED.

DATED this November 5, 2026.

CITY OF HENDERSON

By: /s/ Brandon P. Kemble
BRANDON P. KEMBLE, Esq.
Nevada Bar No. 11175
240 Water St., MSC 144
Henderson, NV 89015

*Attorneys for Defendant City of Henderson*

DATED this November 5, 2026.

BREEDEN & ASSOCIATES, PLLC

By: /s/ Adam J. Breeden
ADAM J. BREEDEN, Esq.
Nevada Bar No. 8768
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117

*Attorneys for Plaintiff Victor Chavez*

CITY ATTORNEY'S OFFICE
CITY OF HENDERSON
240 S. WATER STREET MSC 144
HENDERSON, NV 89015

## ORDER

Based on the parties' stipulation [ECF No. 22] and with good cause appearing, the defendants' reply in support of their summary-judgment motion is now due on December 3, 2026.

U.S. District Judge Jennifer A. Dorsey
November 5, 2026